UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY LEE OWENS,<br><br>Defendant. | Case No.: 2:06-cr-060-KJD-PAL<br><br>ORDER |

**ORDER**

The best interest of justice being served and all parties being in agreement:

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 3, 2012 at 9:00 a.m., be vacated and continued to September 4, 2012 at 9:00 a.m., Courtroom 6D.

DATED this 29 day of June , 2012.

_____
UNITED STATES DISTRICT JUDGE

3