# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY LEE OWENS,

    Defendant.

Case No. 2:06-CR-00060-KJD-PAL

**AMENDED ORDER**

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Owen's eighteen-month sentence and judgment for violation of his supervised release conditions is stayed until he self-surrenders on October 12, 2012. IT IS FURTHER ORDERED that the United States Probation Office for the District of Nevada shall supervise Defendant until he self-surrenders on October 12, 2012. Defendant shall be placed at the Residential Reentry Center until October 12, 2012.

    DATED this 3rd day of October 2012.

_____
Kent J. Dawson
United States District Judge